IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 3:93-CR-28-1H
NO. 5:97-CV-973-H

| | | |
|---|---|---|
| KENNETH KUBINSKI, | ) | |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's pro se motion for relief from judgment pursuant to Rule 60(b) [DE #24]. The government is hereby ORDERED to respond to petitioner's motion within 30 days of the filing of this order.

This 7th day of April 2011.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26